UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COMPOSITE EFFECTS, LLC,** | |
| **Plaintiff,** | **CIVIL ACTION NO. 2:22-cv-05351** |
| Versus | **DISTRICT JUDGE FALLON** |
| **ALL ELITE WRESTLING, LLC and AUSTIN MATELSON,** | **MAGISTRATE JUDGE NORTH** |
| **Defendants.** | |

### *EX PARTE* MOTION FOR EXTENSION OF TIME TO PLEAD

**NOW INTO COURT,** through undersigned counsel, comes Defendant, All Elite Wrestling, LLC, who pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.8, hereby moves this Honorable Court for an Order extending the time within which Defendant must file pleadings in response to the Complaint [R.Doc. 1] filed by Plaintiff, Composite Effects, LLC, for a period of 21 days from the date responsive pleadings would otherwise be due, or until February 22, 2023.

In support of this request, Defendant submits that it requires additional time to formulate a response to Plaintiff's allegations.

Pursuant to Local Rule 7.8, Defendant certifies that this is its **first** request for an extension of time to plead from this Court, and no objection to an extension has been filed in the record.

**WHEREFORE**, Defendant respectfully requests a 21-day extension of time, until February 22, 2023, for the filing of responsive pleadings in this matter.

1

Respectfully Submitted,

*/s/ Brad E. Harrigan*
Brad E. Harrigan (Bar No. 29592)
**TOLAR HARRIGAN & MORRIS LLC**
1055 St. Charles Avenue, Suite 208
New Orleans, LA 70130
Telephone: (504) 571-5317
Facsimile: (504) 571-5437
bharrigan@nolaipa.com
***Counsel for* All Elite Wrestling, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2023, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

*/s/ Brad E. Harrigan*
Brad E. Harrigan

2