## Exhibit B

## Statement of Bradley M. Stohry
## In Support of Motion to Appear Pro Hac Vice

In support of the Motion to Appear Pro Hac Vice filed on my behalf, and pursuant to LR 83.2.5, the undersigned states:

1. I am admitted to practice and in good standing (*i.e.*, currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): State of Indiana, United States District Court for the Southern District of Indiana, United States District Court for the Southern District of Indiana, United States District Court for the District of Colorado, United States District Court for the Southern District of Indiana, United States Court of Appeals for the Seventh Circuit, and United States Court of Appeals for the Sixth Circuit.

2. I have never had any disciplinary proceedings brought against me. When I was underaged, I was charged and pled guilty to minor consumption.

I declare under penalty of perjury that the foregoing is true and correct.

_____  
Bradley M. Stohry

January 30, 2023  
Date