UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COMPOSITE EFFECTS, LLC,** | |
| Plaintiff, | CIVIL ACTION NO. 2:22-cv-05351 |
| Versus | DISTRICT JUDGE FALLON |
| **ALL ELITE WRESTLING, LLC and AUSTIN MATELSON,** | MAGISTRATE JUDGE NORTH |
| Defendants. | |

**ORDER GRANTING AGREED MOTION FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT**

This matter comes before the Court on the *Ex Parte* Motion for Extension of Time to Plead.

**IT IS HEREBY ORDERED** that the Motion is hereby **GRANTED**, and the All Elite Wrestling, LLC's deadline to respond is extended to and including February 22, 2023.

New Orleans, Louisiana this 2nd day of February, 2023.

*[signature: Eldon E Fallon]*

THE HONORABLE ELDON. E FALLON
UNITED STATES DISTRICT JUDGE

1