UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COMPOSITE EFFECTS, LLC,** | |
| Plaintiff, | CIVIL ACTION NO. 2:22-cv-05351 |
| Versus | **DISTRICT JUDGE FALLON** |
| **ALL ELITE WRESTLING, LLC and AUSTIN MATELSON,** | **MAGISTRATE JUDGE NORTH** |
| Defendants. | |

***EX PARTE* MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD**

NOW INTO COURT, through undersigned counsel, comes Defendant, All Elite Wrestling, LLC, who moves this court for an Order pursuant to LR 83.2.5 granting Bradley M. Stohry of Reichel Stohry Dean LLP leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Defendant, All Elite Wrestling, LLC, in the above-styled cause only. In support of this motion, the undersigned states:

Mr. Stohry has never had any disciplinary proceedings brought against him and is admitted to practice and in good standing *(i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): State of Indiana, United States District Court for the Southern District of Indiana, United States District Court for the Southern District of Indiana, United States District Court for the District of Colorado, United States District Court for the Southern District of Indiana, United States Court of Appeals for the Seventh Circuit, and United States Court of Appeals for the Sixth Circuit. (*See* Exhibit A, Certificate of Good Standing from the Supreme Court of the State of Indiana; Exhibit B, Declaration of Bradley Stohry).

1

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Bradley M. Stohry leave to appear *pro hac vice* for purposes of this cause only.

Respectfully Submitted,

*/s/ Brad E. Harrigan*
Brad E. Harrigan (Bar No. 29592)
**TOLAR HARRIGAN & MORRIS LLC**
1055 St. Charles Avenue, Suite 208
New Orleans, LA 70130
Telephone: (504) 571-5317
Facsimile: (504) 571-5437
bharrigan@nolaipa.com
***Counsel for All Elite Wrestling, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2023, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

*/s/ Brad E. Harrigan*
Brad E. Harrigan

2