# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COMPOSITE EFFECTS, LLC,** | |
| Plaintiff, | **CIVIL ACTION NO. 2:22-cv-05351-EEF-MBN** |
| Versus | |
| **ALL ELITE WRESTLING, LLC and AUSTIN MATELSON,** | **DISTRICT JUDGE FALLON** |
| | **MAGISTRATE JUDGE NORTH** |
| Defendants. | |

## ORDER GRANTING ADMISSION *PRO HAC VICE*

Upon Motion of Defendant's counsel, Brad E. Harrigan, Bradley M. Stohry is hereby admitted *pro hac vice* for all purposes in this case, pursuant to LR 83.2.5.

IT SO IS ORDERED this ___ day of _____, 2023.

_____
Judge, United States District Court

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.

1