UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COMPOSITE EFFECTS, LLC,**<br><br>Plaintiff,<br><br>Versus<br><br>**ALL ELITE WRESTLING, LLC and AUSTIN MATELSON,**<br><br>Defendants. | **CIVIL ACTION NO. 2:22-cv-05351-EEF-MBN**<br><br>**DISTRICT JUDGE FALLON**<br><br>**MAGISTRATE JUDGE NORTH** |

## ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

This matter comes before the Court on the Agreed Motion for Extension of Time to Respond to Complaint. The Court, having reviewed same, now finds that there is good cause to grant the Motion. Accordingly, the Motion is hereby GRANTED, and the All Elite Wrestling, LLC's deadline to respond is extended to and including March 21, 2023.

IT IS SO ORDERED.

_____  _____
DATE                                                                        Judge, United States District Court
                                                                                          Eastern District of Louisiana

Distribution to: All counsel of record via an automatic e-mail message generated by the CM/ECF system.

1