# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COMPOSITE EFFECTS, LLC,** | |
| Plaintiff, | **CIVIL ACTION NO. 2:22-cv-05351-EEF-MBN** |
| Versus | |
| **ALL ELITE WRESTLING, LLC and AUSTIN MATELSON,** | **DISTRICT JUDGE FALLON** |
| | **MAGISTRATE JUDGE NORTH** |
| Defendants. | |

## ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Considering Defendant's Consent Motion for Extension of Time to Respond to Complaint;

**IT IS HEREBY ORDERED** that the Motion be **GRANTED**, and that All Elite Wrestling, LLC's deadline to respond is extended to and including March 21, 2023.

New Orleans, Louisiana this 22nd day of February, 2023.

_____
The Honorable Eldon E. Fallon
United States District Judge