UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COMPOSITE EFFECTS, LLC,** | |
| **Plaintiff,** | **CIVIL ACTION NO. 2:22-cv-05351-EEF-MBN** |
| Versus | |
| **ALL ELITE WRESTLING, LLC and AUSTIN MATELSON,** | **DISTRICT JUDGE FALLON** |
| | **MAGISTRATE JUDGE NORTH** |
| **Defendants.** | |

### ORDER GRANTING ALL ELITE WRESTLING, LLC'S MOTION TO DISMISS COUNTS II, III, IV, V, AND VI OF THE COMPLAINT FOR <u>FAILURE TO STATE A CLAIM UNDER FED. R. CIV. P. 12(b)(6)</u>

This matter comes before the Court on Defendant All Elite Wrestling, LLC's ("AEW") Motion to Dismiss Counts II, III, IV, V, and VI of the Complaint for Failure to State a Claim Under Fed. R. Civ. P. 12(b)(6). Having reviewed the documents, the governing law, the arguments of counsel, and the case file as a whole, the Court now enters the following:

**IT IS ORDERED** that AEW's Motion to Dismiss Counts II, III, IV, V, and VI of the Complaint is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Counts II, III, IV, V, and VI of the Complaint are hereby **DISMISSED**.

_____  _____
DATE                     Judge, United States District Court
                         Eastern District of Louisiana

Distribution to:  All counsel of record via an automatic e-mail message generated by the CM/ECF system.

1