UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLANS DIVISION

| | |
|---|---|
| **COMPOSITE EFFECTS, LLC,** | |
| Plaintiff, | **CAUSE NO. 2:22-cv-05351-EEF-MBN** |
| Versus | **DISTRICT JUDGE FALLON** |
| **ALL ELITE WRESTLING, LLC and AUSTIN MATELSON,** | **MAGISTRATE JUDGE NORTH** |
| Defendants. | |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the Motion to Dismiss filed by Defendant All Elite Wresting, LLC shall be submitted for decision to the Honorable Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, on Wednesday, April 12, 2023 at 9:00 a.m.

Respectfully submitted,

/s/*Bradley M. Stohry*
Bradley M. Stohry (Admitted *Pro Hac Vice*)
REICHEL STOHRY DEAN LLP
525 S. Meridian St., Suite 1A2
Indianapolis, IN 46225
Telephone: (317) 501-2891
Facsimile: (317) 454-1349
brad@rsindy.com

Brad E. Harrigan (Bar No. 29592)
TOLAR HARRIGAN & MORRIS LLC
1055 St. Charles Avenue, Suite 208
New Orleans, LA 70130
Telephone: (504) 571-5317
Facsimile: (504) 571-5437
bharrigan@nolaipa.com

*Counsel for* **All Elite Wrestling, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2023, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

/s/*Bradley M. Stohry*
Bradley M. Stohry