UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Composite Effects, LLC <br><br> *Plaintiff*, <br><br> v. <br><br> All Elite Wrestling and Austin Matelson <br><br> *Defendants*. | CIVIL ACTION NO. 2:22-cv-05351 <br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE NORTH <br><br> Jury Trial Requested |

## EX PARTE / CONSENT MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel comes Plaintiff Composite Effects, LLC ("CFX" or "Plaintiff"), who moves this Court for leave to file the attached First Amended Complaint pursuant to Fed. R. Civ. Proc. R. 15(1) for the following reasons:

1.

On March 21, 2023, Defendant All Elite Wrestling ("AEW") filed a Motion to Dismiss for Failure to State a Claim.

2.

Fed. R. Civ. Proc. R. 15(1)(B) permits amendment of pleadings as a matter of course "if the pleading is one to which a responsive pleading is required…21 days after service of a motion under Rule 12(b), (e), or (f)][.]" This Motion for Leave to File First Amended Complaint is being filed within twenty-one (21) days of service of AEW's motion under Fed. R. Civ. Proc. R. 12(b)(6).

3.

Defendant Austin Matelson has not filed any responsive pleadings in this matter. Counsel for Plaintiff and counsel for Defendant Matelson conferred on March 21, 2023. Defendant Matelson has consented to Plaintiff's leave to file the First Amended Complaint.

4886-6366-4472 v1

WHEREFORE, Plaintiff, Composite Effects, LLC, respectfully prays for an Order granting leave of Court for the filing of Plaintiff's First Amended Complaint.

Respectfully submitted:

/s/ R. Devin Ricci
R. Devin Ricci (#34724)
**KEAN MILLER LLP**
First Bank and Trust Tower
909 Poydras Street, Suite 3600
New Orleans, LA 70112
Telephone: (504) 585-3050
devin.ricci@keanmiller.com

Mary M. Love (#40194)
**KEAN MILLER LLP**
400 Convention Street, Suite 700
Baton Rouge, LA  70802
Telephone: (225) 387-0999
mary.love@keanmiller.com

***Attorneys for Composite Effects, LLC***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on the 21st day of March 2023, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. All other parties will be served in accordance with law.

/s/ R. Devin Ricci
R. Devin Ricci