# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**
## VA 2-129-774
**Effective Date of Registration:**
December 05, 2018

## Title

**Title of Work:**  Viper Silicone Mask

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** March 23, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Composite Effects, LLC
**Author Created:** Theatrical Mask
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Composite Effects, LLC
11632 Industriplex Blvd, Baton Rouge, LA, 70809, United States

## Rights and Permissions

**Organization Name:** Composite Effects, LLC
**Name:** Ken Decker
**Email:** ken@compositeeffects.com
**Telephone:** (225)756-7875
**Address:** 11632 Industriplex Blvd
Baton Rouge, LA 70809 United States

## Certification

**Name:** Jonathan Simoneaux

Exhibit 1

**Theresa Phillips**

| | |
|---|---|
| **From:** | Austin Matelson <austin.matelson@gmail.com> |
| **Sent:** | Wednesday, June 5, 2019 5:14 PM |
| **To:** | Composite Effects |
| **Subject:** | Re: Luchasaurus |

Yes it shouldn't and if it does I'll contact you guys and we can make sure we work out the proper arrangements

Sent from my iPhone

On Jun 5, 2019, at 2:55 PM, Composite Effects <info@compositeeffects.com> wrote:

> Great to hear! Typically a fully custom sculpted silicone mask, and we're talking a fully encapsulating mask here, would start at $7,000 for the initial casting and painting, then any successive castings/paintings would be closer to the $600 mark. I don't foresee a face only version being so costly but I want to be up front about the potential costs, which I don't see being anything less than $3,000 for the first mask, if not more. Is this something you can budget for?
>
> Jonathan Simoneaux
> Office Manager
> CFX / Composite Effects
> www.compositeeffects.com
> Office: 225-756-7875
> Fax: 225-756-7843
>
> **ESTIMATES**
> If there are any prices given in this email as "estimates" then they are tentative and subject to change based on final schedule, design specifications, material availability, etc. Shipping, delivery, and/or handling fees are not included unless specifically noted.
>
> **PRIVILEGED AND CONFIDENTIAL COMMUNICATION**
> This electronic transmission, and any documents attached hereto, (a) are protected by the **Electronic Communications Privacy Act (18 USC 2510-2521)**, (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, he or she is hereby notified that any *dissemination, distribution, printing, forwarding, or any method of copying of this information, and/or the taking of any action in reliance on the information herein is strictly prohibited except by the intended recipient or those to whom he or she intentionally distributes this message.* If you have received this communication in error, please immediately notify the sender, and delete the original message and any copies from your computer or storage system.
>
> **From:** Austin Matelson <austin.matelson@gmail.com>
> **Sent:** Wednesday, June 05, 2019 4:53 PM
> **To:** Composite Effects <info@compositeeffects.com>
> **Subject:** Re: Luchasaurus
>
> I'd love to do a custom mask based off my design I think that would be excellent way to go about it
>
> Sent from my iPhone
>
> On Jun 5, 2019, at 2:46 PM, Composite Effects <info@compositeeffects.com> wrote:
>
>> Hey Austin,
>>
>> Congratulations on your signing to AEW! We're all over the moon to see your exposure continue to grow, and it's great to see our mask hit a big stage!
>> I would like to take some time to discuss using the mask's likeness as a merchandising element. As it stands now, the mask, altered as it is, is still at its core our intellectual

Exhibit 2

property (the Viper silicone mask). Because of this, and knowing that with your increased exposure, merchandising is sure to happen, we'd like to know what your plans are moving forward. If you do wish to use the Viper mask imagery in this way, we would need to at the very least draft up an agreement allowing you to do so. We could perhaps even discuss custom sculpting a mask solely based off of your design, in which case no usage agreement would be necessary.

I'd love to hear your thoughts on this so we can find a way to continue working together amicably!

Jonathan Simoneaux
Office Manager
CFX / Composite Effects
www.compositeeffects.com
Office: 225-756-7875
Fax: 225-756-7843

**ESTIMATES**
If there are any prices given in this email as "estimates" then they are tentative and subject to change based on final schedule, design specifications, material availability, etc. Shipping, delivery, and/or handling fees are not included unless specifically noted.

**PRIVILEGED AND CONFIDENTIAL COMMUNICATION**
This electronic transmission, and any documents attached hereto, (a) are protected by the **Electronic Communications Privacy Act (18 USC 2510-2521)**, (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, he or she is hereby notified that any *dissemination, distribution, printing, forwarding, or any method of copying of this information, and/or the taking of any action in reliance on the information herein is strictly prohibited except by the intended recipient or those to whom he or she intentionally distributes this message*. If you have received this communication in error, please immediately notify the sender, and delete the original message and any copies from your computer or storage system.

Exhibit 2

**Theresa Phillips**

| | |
|---|---|
| **From:** | Composite Effects |
| **Sent:** | Tuesday, August 11, 2020 1:23 PM |
| **To:** | Austin Matelson |
| **Subject:** | RE: New mask inquiry |

We're having a meeting today about the face only style masks and how we want to do them moving forward. I will be including your experiences in this meeting so we can find a way to address the issue.

Jonathan Simoneaux
Office Manager
CFX / Composite Effects
www.compositeeffects.com
Office: 225-756-7875
Fax: 225-756-7843

ESTIMATES
If there are any prices given in this email as "estimates" then they are tentative and subject to change based on final schedule, design specifications, material availability, etc. Shipping, delivery, and/or handling fees are not included unless specifically noted.

PRIVILEGED AND CONFIDENTIAL COMMUNICATION This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, he or she is hereby notified that any dissemination, distribution, printing, forwarding, or any method of copying of this information, and/or the taking of any action in reliance on the information herein is strictly prohibited except by the intended recipient or those to whom he or she intentionally distributes this message. If you have received this communication in error, please immediately notify the sender, and delete the original message and any copies from your computer or storage system.

**From:** Composite Effects
**Sent:** Thursday, August 6, 2020 11:13 AM
**To:** Austin Matelson <austin.matelson@gmail.com>
**Subject:** RE: New mask inquiry

Just so I'm clear, you need a fix to secure the mask you currently have that you can apply?

Jonathan Simoneaux
Office Manager
CFX / Composite Effects
www.compositeeffects.com
Office: 225-756-7875
Fax: 225-756-7843

ESTIMATES
If there are any prices given in this email as "estimates" then they are tentative and subject to change based on final schedule, design specifications, material availability, etc. Shipping, delivery, and/or handling fees are not included unless specifically noted.

1

Exhibit 3

PRIVILEGED AND CONFIDENTIAL COMMUNICATION This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, he or she is hereby notified that any dissemination, distribution, printing, forwarding, or any method of copying of this information, and/or the taking of any action in reliance on the information herein is strictly prohibited except by the intended recipient or those to whom he or she intentionally distributes this message. If you have received this communication in error, please immediately notify the sender, and delete the original message and any copies from your computer or storage system.

**From:** Austin Matelson <austin.matelson@gmail.com>
**Sent:** Thursday, August 6, 2020 10:58 AM
**To:** Composite Effects <info@compositeeffects.com>
**Subject:** Re: New mask inquiry

I'm talking this over with aew. I believe they will want to most likely absorb the costs and go ahead with this process. In the meantime do you have any suggestions for me to secure the mask that I already have better? Is there anything I can do for next week in your teams opinion?

Sent from my iPhone

> On May 7, 2020, at 8:33 AM, Composite Effects <info@compositeeffects.com> wrote:

> Hey Austin,

> As Tabitha mentioned, we are back in the shop full time now. I hope everything is going well in your neck of the woods and that you are staying safe and healthy!

> So my understanding is that you want to get in an order for a new mask in the same style as the last one? If so, are we shipping to the same Woodland Hills address as well? Any other details you want included? Just let me know and I can get an invoice to you today!

> Jonathan Simoneaux
> Office Manager
> CFX / Composite Effects
> www.compositeeffects.com
> Office: 225-756-7875
> Fax: 225-756-7843

> **ESTIMATES**
> If there are any prices given in this email as "estimates" then they are tentative and subject to change based on final schedule, design specifications, material availability, etc. Shipping, delivery, and/or handling fees are not included unless specifically noted.

**PRIVILEGED AND CONFIDENTIAL COMMUNICATION**
This electronic transmission, and any documents attached hereto, (a) are protected by the **Electronic Communications Privacy Act (18 USC 2510-2521)**, (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, he or she is hereby notified that any *dissemination, distribution, printing, forwarding, or any method of copying of this information, and/or the taking of any action in reliance on the information herein*

Exhibit 3

*is strictly prohibited except by the intended recipient or those to whom he or she intentionally distributes this message.* If you have received this communication in error, please immediately notify the sender, and delete the original message and any copies from your computer or storage system.

**From:** Tabitha Barron <tabitha@compositeeffects.com>
**Sent:** Monday, April 27, 2020 9:29 AM
**To:** Austin Matelson <austin.matelson@gmail.com>
**Cc:** Composite Effects <info@compositeeffects.com>
**Subject:** RE: New mask inquiry

Hi Austin!

That shouldn't be a problem. I'm looping Jonathan in as our office manager so he can get an invoice prepped for when we start production back up (which we expect to be next Monday). I'm happy to hear that the mask and design have been going over so well for you. Please feel free to let us know if there is anything that may need a small tweak or adjustment.

Additionally, I wanted to let you know that when you decide to move into a custom sculpt, we are willing to discuss how we would take on the full cost of production (usually around $3K-$4K) if you would allow us to sell copies to customers. We can sort through the nitty gritty when you get closer to making that decision, though please keep in mind there is at least a 3 month production time for custom sculpts (from the time needed for the sculpt to mold making, casting the mask then finishing with paint and coating).

Talk soon!

Best,

Tabitha Barron
Trade Show Sales, Social Media & Marketing
Composite Effects/CFX
www.compositeeffects.com
Office: 225-756-7875
Fax: 225-756-7843

ESTIMATES
If there are any prices given in this email as "estimates" then they are tentative and subject to change based on final schedule, design specifications, material availability, etc. Shipping, delivery, and/or handling fees are not included unless specifically noted.

PRIVILEGED AND CONFIDENTIAL COMMUNICATION
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, he or she is hereby notified that any dissemination, distribution, printing, forwarding, or any method of copying of this information, and/or the taking of any action in reliance on the information herein is strictly prohibited except by the intended recipient or those to whom he or she intentionally distributes this message. If you have received this communication in error, please immediately notify the sender, and delete the original message and any copies from your computer or storage system.

Exhibit 3

-----Original Message-----
From: Austin Matelson <austin.matelson@gmail.com>
Sent: Sunday, April 26, 2020 10:53 AM
To: Tabitha Barron <tabitha@compositeeffects.com>
Subject: Re: New mask inquiry

I'm thinking we stay with the same mask and color scheme it is working well. Perhaps in the summer we can start coming up with some new ideas.

Sent from my iPhone

> On Apr 24, 2020, at 7:45 AM, Tabitha Barron <tabitha@compositeeffects.com> wrote:
>
> Hello Austin!
>
> It's great to hear from you! I hope you have been well during what I can only imagine is a very strange and trying time for not just us, but for you and your fellow wrestlers and performers.
>
> We're hanging in there! As you may have seen from my automatic reply we are still under stay at home orders here in Louisiana, except for essential businesses, though we anticipate to be back into production come the first week of May.
>
> Were you looking to start a custom design for Luchasarus, or are you thinking of sticking with the Viper mask version you have now with some updates? Either way, we'd be more than happy to help!
>
> Let me know what you're thinking and we'll go from there!
>
> Best,
>
> Tabitha Barron
> Trade Show Sales, Social Media & Marketing Composite Effects/CFX
> www.compositeeffects.com
> Office: 225-756-7875
> Fax: 225-756-7843
>
> ESTIMATES
> If there are any prices given in this email as "estimates" then they are tentative and subject to change based on final schedule, design specifications, material availability, etc. Shipping, delivery, and/or handling fees are not included unless specifically noted.
>
> PRIVILEGED AND CONFIDENTIAL COMMUNICATION This electronic
> transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, he or she is hereby notified that any dissemination, distribution, printing, forwarding, or any method of copying of this information, and/or the taking of any action in reliance on the information herein is strictly prohibited except by the intended recipient or those to whom he or she intentionally distributes this message. If you have received this communication in error, please immediately notify the sender, and delete the original message and any copies from your computer or storage system.
>

4

Exhibit 3

>
> -----Original Message-----
> From: Austin Matelson <austin.matelson@gmail.com>
> Sent: Thursday, April 23, 2020 12:40 PM
> To: Tabitha Barron <tabitha@compositeeffects.com>
> Subject: New mask inquiry
>
> Hey there I hope all is well.. are you guys still in production? I would love to start working on my next mask...
>
> Sent from my iPhone

Exhibit 3

## Theresa Phillips

**From:** Jonathan Simoneaux
**Sent:** Monday, August 16, 2021 2:01 PM
**To:** Austin Matelson
**Subject:** RE: New mask

Hey Austin, thanks for the update. One option we can offer is to do another new sculpt for you that is basically the Viper with horns and maybe some very subtle differences so it's legally distinct from our mask. This would be cheaper than selling you the full rights to our mask so we see it as the better option. Let me know what your team thinks of that.

Jonathan Simoneaux
Office Manager
CFX / Composite Effects
www.compositeeffects.com
Office: 225-756-7875

ESTIMATES
If there are any prices given in this email as "estimates" then they are tentative and subject to change based on final schedule, design specifications, material availability, etc. Shipping, delivery, and/or handling fees are not included unless specifically noted.

PRIVILEGED AND CONFIDENTIAL COMMUNICATION This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, he or she is hereby notified that any dissemination, distribution, printing, forwarding, or any method of copying of this information, and/or the taking of any action in reliance on the information herein is strictly prohibited except by the intended recipient or those to whom he or she intentionally distributes this message. If you have received this communication in error, please immediately notify the sender, and delete the original message and any copies from your computer or storage system.

-----Original Message-----
From: Austin Matelson <austin.matelson@gmail.com>
Sent: Saturday, August 14, 2021 2:14 PM
To: Jonathan Simoneaux <jonathan@compositeeffects.com>
Subject: New mask

Hey man thanks for the work on the new mask but after getting a look of it on my face Tony and I agreed my current mask is just too iconic at this point and we can't change the face. If there was a way to alter just the top of the mold maybe that could work but I honestly only feel comfortable as a performer in the mask we created originally with the horns. I'd like to come to some sort of agreement to keep that. What would be the cost of buying that out right or making some sort of deal surrounding it's use. It'sjusy too perfect as is

Sent from my iPhone

1

Exhibit 4

**Theresa Phillips**

| | |
|---|---|
| **From:** | Brett Morris |
| **Sent:** | Monday, August 16, 2021 10:10 AM |
| **To:** | Jonathan Simoneaux; Ken Decker; Joshua Overturf |
| **Subject:** | Re: New mask |

Totally get it. I can make time to discuss whenever.

Although they won't be using it, I still would be curious to know things like what he thought of the fit and vision aspects of it or any other technical info. Those are just things that would be useful if we do this again.

**Brett Morris**
GM/Sculptor
Composite Effects/CFX
Tel: 225.756.7875
Cell: 318.542.6382
www.compositeeffects.com



**From:** Jonathan Simoneaux <jonathan@compositeeffects.com>
**Sent:** Monday, August 16, 2021 9:26 AM
**To:** Brett Morris <brett@compositeeffects.com>; Ken Decker <ken@compositeeffects.com>; Joshua Overturf <josh@compositeeffects.com>
**Subject:** FW: New mask
AEW has seen the mask on Austin and decided they want to keep using Viper (see below). I just got this email and have yet to reply; I imagine we want to discuss this first.

Jonathan Simoneaux
Office Manager
CFX / Composite Effects
www.compositeeffects.com
Office: 225-756-7875

ESTIMATES
If there are any prices given in this email as "estimates" then they are tentative and subject to change based on final schedule, design specifications, material availability, etc. Shipping, delivery, and/or handling fees are not included unless specifically noted.

PRIVILEGED AND CONFIDENTIAL COMMUNICATION This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, he or

Exhibit 4

she is hereby notified that any dissemination, distribution, printing, forwarding, or any method of copying of this information, and/or the taking of any action in reliance on the information herein is strictly prohibited except by the intended recipient or those to whom he or she intentionally distributes this message. If you have received this communication in error, please immediately notify the sender, and delete the original message and any copies from your computer or storage system.

-----Original Message-----
From: Austin Matelson <austin.matelson@gmail.com>
Sent: Saturday, August 14, 2021 2:14 PM
To: Jonathan Simoneaux <jonathan@compositeeffects.com>
Subject: New mask

Hey man thanks for the work on the new mask but after getting a look of it on my face Tony and I agreed my current mask is just too iconic at this point and we can't change the face. If there was a way to alter just the top of the mold maybe that could work but I honestly only feel comfortable as a performer in the mask we created originally with the horns. I'd like to come to some sort of agreement to keep that. What would be the cost of buying that out right or making some sort of deal surrounding it's use. It'sjusy too perfect as is

Sent from my iPhone

Exhibit 4

**Theresa Phillips**

| | |
|---|---|
| **From:** | Letzmann, Marc <Marc.letzmann@allelitewrestling.com> |
| **Sent:** | Monday, August 2, 2021 11:44 AM |
| **To:** | Composite Effects; Mark Caplan |
| **Subject:** | Re: Luchasaurus Mask |

Hey Jonathan-

It doesn't need to be an exact re-creation of the attached, but definitely something along those lines would be great.
Thanks,

-Marc

**From:** Composite Effects <info@compositeeffects.com>
**Date:** Monday, August 2, 2021 at 9:40 AM
**To:** Letzmann, Marc <Marc.letzmann@allelitewrestling.com>, Mark Caplan
<Mark.Caplan@allelitewrestling.com>
**Subject:** RE: Luchasaurus Mask

We really appreciate that! The mask has been cast and is ready for paint, can you confirm that this attached image is still how you want it painted?

Jonathan Simoneaux
Office Manager
CFX / Composite Effects
www.compositeeffects.com
Office: 225-756-7875

ESTIMATES
If there are any prices given in this email as "estimates" then they are tentative and subject to change based on final schedule, design specifications, material availability, etc. Shipping, delivery, and/or handling fees are not included unless specifically noted.

PRIVILEGED AND CONFIDENTIAL COMMUNICATION This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, he or she is hereby notified that any dissemination, distribution, printing, forwarding, or any method of copying of this information, and/or the taking of any action in reliance on the information herein is strictly prohibited except by the intended recipient or those to whom he or she intentionally distributes this message. If you have received this communication in error, please immediately notify the sender, and delete the original message and any copies from your computer or storage system.

**From:** Letzmann, Marc <Marc.letzmann@allelitewrestling.com>
**Sent:** Friday, July 30, 2021 6:30 PM
**To:** Composite Effects <info@compositeeffects.com>; Mark Caplan <Mark.Caplan@allelitewrestling.com>
**Subject:** Re: Luchasaurus Mask

Exhibit 4

Thank you for the update, Jonathan - very glad to hear everyone is COVID negative, and understand the delay!

-Marc

**From:** Composite Effects <info@compositeeffects.com>
**Date:** Friday, July 30, 2021 at 7:43 AM
**To:** Letzmann, Marc <Marc.letzmann@allelitewrestling.com>, Mark Caplan
<Mark.Caplan@allelitewrestling.com>
**Subject:** RE: Luchasaurus Mask

Hello Marc, back with an update. This past week, we had a few COVID-19 scares in the office, where someone was around a person that later tested positive, and others were feeling ill. Unfortunately, 2 of those people were the primary folks working on your mold, so that has delayed us by a few days. Thankfully, everyone here is still COVID negative.

At this point, the mask will be getting painted next week, and our goal is to finish it and have it ready to ship by the end of the week. I am sorry for this, and I appreciate your understanding.

Jonathan Simoneaux
Office Manager
CFX / Composite Effects
www.compositeeffects.com
Office: 225-756-7875

ESTIMATES
If there are any prices given in this email as "estimates" then they are tentative and subject to change based on final schedule, design specifications, material availability, etc. Shipping, delivery, and/or handling fees are not included unless specifically noted.

PRIVILEGED AND CONFIDENTIAL COMMUNICATION This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, he or she is hereby notified that any dissemination, distribution, printing, forwarding, or any method of copying of this information, and/or the taking of any action in reliance on the information herein is strictly prohibited except by the intended recipient or those to whom he or she intentionally distributes this message. If you have received this communication in error, please immediately notify the sender, and delete the original message and any copies from your computer or storage system.

**From:** Letzmann, Marc <Marc.letzmann@allelitewrestling.com>
**Sent:** Wednesday, July 21, 2021 4:03 PM
**To:** Brett Morris <brett@compositeeffects.com>; Composite Effects <info@compositeeffects.com>; Mark Caplan
<Mark.Caplan@allelitewrestling.com>
**Subject:** Re: Luchasaurus Mask

Confirmed, would like to use the larger eye opening. Thank you for the adjustment!

-Marc

**From:** Brett Morris <brett@compositeeffects.com>
**Date:** Wednesday, July 21, 2021 at 3:52 PM
**To:** Letzmann, Marc <Marc.letzmann@allelitewrestling.com>, Composite Effects

Exhibit 4

<info@compositeeffects.com>, Mark Caplan <Mark.Caplan@allelitewrestling.com>
**Subject:** Re: Luchasaurus Mask

Great! Just to be clear, you'd like me to utilize the larger eye opening in the pic for both eyes, right?

With the larger opening, he will also have vastly improved peripheral vision because I have pulled those outer edges inward compared to his current mask.

**Brett Morris**

GM/Sculptor

Composite Effects/CFX

Tel: 225.756.7875

Cell: 318.542.6382

www.compositeeffects.com



---

**From:** Letzmann, Marc <Marc.letzmann@allelitewrestling.com>
**Sent:** Wednesday, July 21, 2021 3:27 PM
**To:** Brett Morris <brett@compositeeffects.com>; Composite Effects <info@compositeeffects.com>; Mark Caplan <Mark.Caplan@allelitewrestling.com>
**Subject:** Re: Luchasaurus Mask

Hey Brett-

Just shared the photos with the guys, everyone loves the look of the new mask, so thank you very much!

I just measured the existing eyeholes and it looks like it was approximately 15mm wide by 10mm tall, so this is a huge improvement. If you can match the left eye to the right on the new mask then I think we're good to go forward. Excited to see how the final product turns out, thanks again!

-Marc

---

**From:** Brett Morris <brett@compositeeffects.com>
**Date:** Monday, July 19, 2021 at 6:13 PM

Exhibit 4

**To:** Letzmann, Marc <<u>Marc.letzmann@allelitewrestling.com</u>>, Composite Effects
<<u>info@compositeeffects.com</u>>, Mark Caplan <<u>Mark.Caplan@allelitewrestling.com</u>>
**Subject:** Re: Luchasaurus Mask

Hi Marc,

This is Brett. I've been doing the sculpting on this and gotta say, it's been a lot of fun. I'm including an additional pic I just took with an adjustment to the left eyehole. I've also included some measurements. If you'd like me to go larger, I can do that, too. It's not a difficult adjustment to make.

And to answer your question, this is in fact, the less human nose. Y'all lemme know if you'd like to see any further alterations and I'll knock those out pretty quick for you.

Thanks and take care,

**Brett Morris**

GM/Sculptor

Composite Effects/CFX

Tel: 225.756.7875

Cell: 318.542.6382

<u>www.compositeeffects.com</u>



---

**From:** Letzmann, Marc <<u>Marc.letzmann@allelitewrestling.com</u>>
**Sent:** Monday, July 19, 2021 5:32 PM
**To:** Composite Effects <<u>info@compositeeffects.com</u>>; Mark Caplan <<u>Mark.Caplan@allelitewrestling.com</u>>; Brett Morris
<<u>brett@compositeeffects.com</u>>
**Subject:** Re: Luchasaurus Mask

Hi Jonathan-

This looks great, really love the work on the mask, thank you very much! Just to confirm, this is the version with the less human nose/nostrils?

Exhibit 4

Looking at the previous mask, the openings for the eyes seemed to have a little more vertical height (see attached, I know it's not exact – I tried to approximate a similar size for both photos) – would it be possible get a measurement of the openings at their widest and highest points? Just want to make sure visibility won't be an issue before giving the final approval. Thanks!

-Marc

**From:** Composite Effects <info@compositeeffects.com>
**Date:** Monday, July 19, 2021 at 3:06 PM
**To:** Letzmann, Marc <Marc.letzmann@allelitewrestling.com>, Mark Caplan
<Mark.Caplan@allelitewrestling.com>, Brett Morris <brett@compositeeffects.com>
**Subject:** RE: Luchasaurus Mask

Mask sculpt pictures are attached! How do you like him? We tried to include several angles and a nice detail shot, but if there's anything else you want to see, please let me know.

As it stands now, if we can get your approval on this, we can have the mold done by the end of the week and have it ready for paint next week. Of course, if you have any feedback or questions, please let me know ASAP! I'm loving this guy!

Jonathan Simoneaux
Office Manager
CFX / Composite Effects
www.compositeeffects.com
Office: 225-756-7875

ESTIMATES
If there are any prices given in this email as "estimates" then they are tentative and subject to change based on final schedule, design specifications, material availability, etc. Shipping, delivery, and/or handling fees are not included unless specifically noted.

PRIVILEGED AND CONFIDENTIAL COMMUNICATION This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, he or she is hereby notified that any dissemination, distribution, printing, forwarding, or any method of copying of this information, and/or the taking of any action in reliance on the information herein is strictly prohibited except by the intended recipient or those to whom he or she intentionally distributes this message. If you have received this communication in error, please immediately notify the sender, and delete the original message and any copies from your computer or storage system.

**From:** Letzmann, Marc <Marc.letzmann@allelitewrestling.com>
**Sent:** Monday, June 28, 2021 2:24 PM
**To:** Composite Effects <info@compositeeffects.com>; Mark Caplan <Mark.Caplan@allelitewrestling.com>
**Subject:** Re: Luchasaurus Mask

Hey Jonathan-

The preference on our side was #2, with the less human looking nostrils. The texture work on the scales looks awesome, everyone is really excited to see the progress! Thanks,

5

Exhibit 4

-Marc

**From:** Composite Effects <info@compositeeffects.com>
**Date:** Friday, June 25, 2021 at 11:30 AM
**To:** Mark Caplan <Mark.Caplan@allelitewrestling.com>, Letzmann, Marc <Marc.letzmann@allelitewrestling.com>
**Subject:** RE: Luchasaurus Mask

Here are a couple of pictures. The one titled "LUCHACURRENT" is a collection of 3 pics of the sculpted areas as they currently appear. The one titled "WHICHNOSE" is 2 pics we made to mirror each side of the sculpt so you can see the differences in the nose.

We'd like you to comment on which you favor, or offer any adjustments to that area that you'd like to see. Also please tell us if you are happy with the interpretation of the scale work that has been done on the side of the face that is visible in the profile shot of the "LUCHACURRENT" pics.

We're open to any and all input, so if you'd like to see something altered, please let me know and we can work on those changes.


Jonathan Simoneaux
Office Manager
CFX / Composite Effects
www.compositeeffects.com
Office: 225-756-7875

ESTIMATES
If there are any prices given in this email as "estimates" then they are tentative and subject to change based on final schedule, design specifications, material availability, etc. Shipping, delivery, and/or handling fees are not included unless specifically noted.

PRIVILEGED AND CONFIDENTIAL COMMUNICATION This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, he or she is hereby notified that any dissemination, distribution, printing, forwarding, or any method of copying of this information, and/or the taking of any action in reliance on the information herein is strictly prohibited except by the intended recipient or those to whom he or she intentionally distributes this message. If you have received this communication in error, please immediately notify the sender, and delete the original message and any copies from your computer or storage system.

**From:** Composite Effects
**Sent:** Friday, June 25, 2021 9:31 AM
**To:** Mark Caplan <Mark.Caplan@allelitewrestling.com>; Letzmann, Marc <Marc.letzmann@allelitewrestling.com>
**Subject:** RE: Luchasaurus Mask

Hey Mark! Things are progressing great and my sculptor is working consistently on your mask! We'll have pictures to show you by the end of the day, and everything in on schedule for that ship date of Aug 2. So far I think it's looking really cool!

Jonathan Simoneaux

Exhibit 4

Office Manager
CFX / Composite Effects
www.compositeeffects.com
Office: 225-756-7875

ESTIMATES
If there are any prices given in this email as "estimates" then they are tentative and subject to change based on final schedule, design specifications, material availability, etc. Shipping, delivery, and/or handling fees are not included unless specifically noted.

PRIVILEGED AND CONFIDENTIAL COMMUNICATION This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, he or she is hereby notified that any dissemination, distribution, printing, forwarding, or any method of copying of this information, and/or the taking of any action in reliance on the information herein is strictly prohibited except by the intended recipient or those to whom he or she intentionally distributes this message. If you have received this communication in error, please immediately notify the sender, and delete the original message and any copies from your computer or storage system.

**From:** Mark Caplan <Mark.Caplan@allelitewrestling.com>
**Sent:** Friday, June 25, 2021 1:45 AM
**To:** Composite Effects <info@compositeeffects.com>; Letzmann, Marc <Marc.letzmann@allelitewrestling.com>
**Subject:** Re: Luchasaurus Mask

Jonathan,

Just checking in on how things are progressing and what you think is the timeline for final and delivery ?

Thanks.

Mark

Get Outlook for iOS

**From:** Composite Effects <info@compositeeffects.com>
**Sent:** Wednesday, June 16, 2021 3:24:14 PM
**To:** Letzmann, Marc <Marc.letzmann@allelitewrestling.com>; Mark Caplan <Mark.Caplan@allelitewrestling.com>
**Subject:** RE: Luchasaurus Mask

Thanks Marc, I'll float these by my team and likely follow up with confirmation and/or more questions!

Jonathan Simoneaux
Office Manager
CFX / Composite Effects
www.compositeeffects.com
Office: 225-756-7875

ESTIMATES
If there are any prices given in this email as "estimates" then they are tentative and subject to change based on final schedule, design specifications, material availability, etc. Shipping, delivery, and/or handling fees are not included unless specifically noted.

Exhibit 4

PRIVILEGED AND CONFIDENTIAL COMMUNICATION This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, he or she is hereby notified that any dissemination, distribution, printing, forwarding, or any method of copying of this information, and/or the taking of any action in reliance on the information herein is strictly prohibited except by the intended recipient or those to whom he or she intentionally distributes this message. If you have received this communication in error, please immediately notify the sender, and delete the original message and any copies from your computer or storage system.

**From:** Letzmann, Marc <Marc.letzmann@allelitewrestling.com>
**Sent:** Wednesday, June 16, 2021 5:00 PM
**To:** Mark Caplan <Mark.Caplan@allelitewrestling.com>; Composite Effects <info@compositeeffects.com>
**Subject:** Re: Luchasaurus Mask

Hi Jonathan-

Some feedback to the questions below:

1. I think a more aggressive or furrowed brow would definitely help with the expressiveness. While on the subject of the eyes, we would definitely like to increase the size of the openings to at least match the previous size, if not slightly larger. Peripheral vision is a huge issue with pro-wrestling masks, so we definitely want to be mindful of any potential safety problems.
2. Ideally the mask would cover the wearer's upper lip, similar to the current mask.
3. Definitely would like to have material under the chin, whether it's part of the mask itself or elastic that can hide underneath. Whatever the team thinks will work best from a safety and comfort standpoint to keep the mask from shifting while in use would be great.
4. We would like to keep the broken horns shown in the attached, but to have them extend out further from the head. So a little longer than the illustration, but still sawed/broken off and not terminating in a point like the previous mask.

Please let me know if the team has any more questions, thanks!

-Marc

**From:** Mark Caplan <Mark.Caplan@allelitewrestling.com>
**Date:** Wednesday, June 16, 2021 at 1:22 PM
**To:** Composite Effects <info@compositeeffects.com>
**Cc:** Letzmann, Marc <Marc.letzmann@allelitewrestling.com>, Chad Glenn <chad.glenn@allelitewrestling.com>
**Subject:** FW: Luchasaurus Mask

Hi Jonathan,

I'm looping in Marc Leztmann who will be working on this and will loop in Austin as needed.

Exhibit 4



**From:** Composite Effects <info@compositeeffects.com>
**Sent:** Wednesday, June 16, 2021 8:15 AM
**To:** Chad Glenn <chad.glenn@allelitewrestling.com>; Mark Caplan <Mark.Caplan@allelitewrestling.com>
**Subject:** RE: Luchasaurus Mask

We're starting to build up the clay (see attached images) and have some additional questions, so I'll recap the previous ones as well to avoid confusion:

1. Would you like the brow to be more expressive at all? Perhaps slightly aggressive or angry? The 3D model has very little definition in the brow area.
2. Do you not want the top lip to fit over the wearer's lip? We have the impression that none of his upper lip is to be covered and we wanted to confirm that.
3. On the reference images you sent, there doesn't appear to be any material under the wearer's chin. We strong recommend having something like what you see in our reference pictures. This will improve fit and keep the mask from "flapping around." Let us know your thoughts on that.
4. There is a detail on your order that reads as follows: "Custom Details: Front horns should the same as Viper version **but lengthened to match reference, and rest of the horns to match reference**." This is confusing my sculptor as the references you sent us show horns that look shorter than we've done. We just want to be sure we understand what references are being mentioned in this note.

Thanks for getting back to me as soon as you can!


Jonathan Simoneaux
Office Manager
CFX / Composite Effects
www.compositeeffects.com
Office: 225-756-7875

ESTIMATES
If there are any prices given in this email as "estimates" then they are tentative and subject to change based on final schedule, design specifications, material availability, etc. Shipping, delivery, and/or handling fees are not included unless specifically noted.

PRIVILEGED AND CONFIDENTIAL COMMUNICATION This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, he or she is hereby notified that any dissemination, distribution, printing, forwarding, or any method of copying of this information, and/or the taking of any action in reliance on the information herein is strictly prohibited except by the intended recipient or those to whom he or she intentionally distributes this message. If you have received this communication in error, please immediately notify the sender, and delete the original message and any copies from your computer or storage system.

Exhibit 4

**From:** Composite Effects
**Sent:** Tuesday, June 15, 2021 9:58 AM
**To:** 'Chad Glenn' <chad.glenn@allelitewrestling.com>; 'Mark Caplan' <Mark.Caplan@allelitewrestling.com>
**Subject:** RE: Luchasaurus Mask

We have received the check and my team is starting on the mask! They did have the following questions and asked for answers as soon as possible:

1. Would you like the brow to be more expressive at all? Perhaps slightly aggressive or angry? The 3D model has very little definition in the brow area.
2. Do you not want the top lip to fit over the wearer's lip? We have the impression that none of his upper lip is to be covered and we wanted to confirm that.

Thanks!

Jonathan Simoneaux
Office Manager
CFX / Composite Effects
www.compositeeffects.com
Office: 225-756-7875

ESTIMATES
If there are any prices given in this email as "estimates" then they are tentative and subject to change based on final schedule, design specifications, material availability, etc. Shipping, delivery, and/or handling fees are not included unless specifically noted.

PRIVILEGED AND CONFIDENTIAL COMMUNICATION This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, he or she is hereby notified that any dissemination, distribution, printing, forwarding, or any method of copying of this information, and/or the taking of any action in reliance on the information herein is strictly prohibited except by the intended recipient or those to whom he or she intentionally distributes this message. If you have received this communication in error, please immediately notify the sender, and delete the original message and any copies from your computer or storage system.

**From:** Composite Effects
**Sent:** Friday, June 11, 2021 3:34 PM
**To:** Chad Glenn <chad.glenn@allelitewrestling.com>; Mark Caplan <Mark.Caplan@allelitewrestling.com>
**Subject:** RE: Luchasaurus Mask

Hey Chad,

We haven't received that yet, did you get a tracking number for the check?

Jonathan Simoneaux
Office Manager
CFX / Composite Effects
www.compositeeffects.com
Office: 225-756-7875

ESTIMATES

10

Exhibit 4

If there are any prices given in this email as "estimates" then they are tentative and subject to change based on final schedule, design specifications, material availability, etc. Shipping, delivery, and/or handling fees are not included unless specifically noted.

PRIVILEGED AND CONFIDENTIAL COMMUNICATION This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, he or she is hereby notified that any dissemination, distribution, printing, forwarding, or any method of copying of this information, and/or the taking of any action in reliance on the information herein is strictly prohibited except by the intended recipient or those to whom he or she intentionally distributes this message. If you have received this communication in error, please immediately notify the sender, and delete the original message and any copies from your computer or storage system.

**From:** Chad Glenn <chad.glenn@allelitewrestling.com>
**Sent:** Tuesday, June 8, 2021 11:44 AM
**To:** Composite Effects <info@compositeeffects.com>; Mark Caplan <Mark.Caplan@allelitewrestling.com>
**Subject:** RE: Luchasaurus Mask

I put a check in the mail last Saturday absent the electronic payment information at the time. Check #12430 for $5,555.00. Mailed to 11632 Industriplex Blvd. Baton Rouge. 70809.



**From:** Composite Effects <info@compositeeffects.com>
**Sent:** Tuesday, June 8, 2021 12:41 PM
**To:** Mark Caplan <Mark.Caplan@allelitewrestling.com>; Chad Glenn <chad.glenn@allelitewrestling.com>
**Subject:** RE: Luchasaurus Mask

We're in a holding pattern until we receive confirmation of this payment, so please let us know when to expect it!

Jonathan Simoneaux
Office Manager
CFX / Composite Effects
www.compositeeffects.com
Office: 225-756-7875

ESTIMATES
If there are any prices given in this email as "estimates" then they are tentative and subject to change based on final schedule, design specifications, material availability, etc. Shipping, delivery, and/or handling fees are not included unless specifically noted.

PRIVILEGED AND CONFIDENTIAL COMMUNICATION This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, he or

Exhibit 4

she is hereby notified that any dissemination, distribution, printing, forwarding, or any method of copying of this information, and/or the taking of any action in reliance on the information herein is strictly prohibited except by the intended recipient or those to whom he or she intentionally distributes this message. If you have received this communication in error, please immediately notify the sender, and delete the original message and any copies from your computer or storage system.

**From:** Composite Effects
**Sent:** Monday, June 7, 2021 1:21 PM
**To:** Mark Caplan <Mark.Caplan@allelitewrestling.com>; Chad Glenn <chad.glenn@allelitewrestling.com>
**Subject:** RE: Luchasaurus Mask

Yes of course, here you go!

Branch Name: Capital One
Bank Branch: Industriplex
Country & City: USA/Baton Rouge
SORT/SWIFT: hibkus44
Account Title: Composite Effects
Account Number (A/C#): 2081765726
Bank Code/Routing #: 065000090


Jonathan Simoneaux
Office Manager
CFX / Composite Effects
www.compositeeffects.com
Office: 225-756-7875

ESTIMATES
If there are any prices given in this email as "estimates" then they are tentative and subject to change based on final schedule, design specifications, material availability, etc. Shipping, delivery, and/or handling fees are not included unless specifically noted.

PRIVILEGED AND CONFIDENTIAL COMMUNICATION This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, he or she is hereby notified that any dissemination, distribution, printing, forwarding, or any method of copying of this information, and/or the taking of any action in reliance on the information herein is strictly prohibited except by the intended recipient or those to whom he or she intentionally distributes this message. If you have received this communication in error, please immediately notify the sender, and delete the original message and any copies from your computer or storage system.

**From:** Mark Caplan <Mark.Caplan@allelitewrestling.com>
**Sent:** Monday, June 7, 2021 12:56 PM
**To:** Composite Effects <info@compositeeffects.com>; Chad Glenn <chad.glenn@allelitewrestling.com>
**Cc:** Dana Massie <dana.massie@allelitewrestling.com>; Letzmann, Marc <Marc.letzmann@allelitewrestling.com>
**Subject:** RE: Luchasaurus Mask

Jonathan, If you want direct online payment, can you send us the ACH bank info?

Exhibit 4



**From:** Composite Effects <info@compositeeffects.com>
**Sent:** Friday, June 4, 2021 3:35 PM
**To:** Letzmann, Marc <Marc.letzmann@allelitewrestling.com>
**Cc:** Dana Massie <dana.massie@allelitewrestling.com>; Chad Glenn <chad.glenn@allelitewrestling.com>; Mark Caplan <Mark.Caplan@allelitewrestling.com>
**Subject:** RE: Luchasaurus Mask

We are closing for the weekend in about half an hour. I've yet to receive payment so if it comes through on the weekend, I'll confirm with you on Monday.

Jonathan Simoneaux
Office Manager
CFX / Composite Effects
www.compositeeffects.com
Office: 225-756-7875

ESTIMATES
If there are any prices given in this email as "estimates" then they are tentative and subject to change based on final schedule, design specifications, material availability, etc. Shipping, delivery, and/or handling fees are not included unless specifically noted.

PRIVILEGED AND CONFIDENTIAL COMMUNICATION This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, he or she is hereby notified that any dissemination, distribution, printing, forwarding, or any method of copying of this information, and/or the taking of any action in reliance on the information herein is strictly prohibited except by the intended recipient or those to whom he or she intentionally distributes this message. If you have received this communication in error, please immediately notify the sender, and delete the original message and any copies from your computer or storage system.

**From:** Letzmann, Marc <Marc.letzmann@allelitewrestling.com>
**Sent:** Friday, June 4, 2021 11:23 AM
**To:** Composite Effects <info@compositeeffects.com>
**Cc:** Dana Massie <dana.massie@allelitewrestling.com>; Chad Glenn <chad.glenn@allelitewrestling.com>; Mark Caplan <Mark.Caplan@allelitewrestling.com>
**Subject:** Re: Luchasaurus Mask

I forwarded the invoice to our AP team yesterday afternoon, things should get moving very shortly. Thanks!

-Marc

**From:** Composite Effects <info@compositeeffects.com>
**Date:** Friday, June 4, 2021 at 12:19 PM
**To:** Letzmann, Marc <Marc.letzmann@allelitewrestling.com>

Exhibit 4

**Cc:** Dana Massie <dana.massie@allelitewrestling.com>, Chad Glenn <chad.glenn@allelitewrestling.com>, Mark Caplan <Mark.Caplan@allelitewrestling.com>
**Subject:** RE: Luchasaurus Mask

I sent the invoice yesterday, let me know if you have any questions about it. Once we get payment, we can put this into our production calendar.

Jonathan Simoneaux
Office Manager
CFX / Composite Effects
www.compositeeffects.com
Office: 225-756-7875

ESTIMATES
If there are any prices given in this email as "estimates" then they are tentative and subject to change based on final schedule, design specifications, material availability, etc. Shipping, delivery, and/or handling fees are not included unless specifically noted.

PRIVILEGED AND CONFIDENTIAL COMMUNICATION This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, he or she is hereby notified that any dissemination, distribution, printing, forwarding, or any method of copying of this information, and/or the taking of any action in reliance on the information herein is strictly prohibited except by the intended recipient or those to whom he or she intentionally distributes this message. If you have received this communication in error, please immediately notify the sender, and delete the original message and any copies from your computer or storage system.

**From:** Letzmann, Marc <Marc.letzmann@allelitewrestling.com>
**Sent:** Wednesday, June 2, 2021 8:02 PM
**To:** Composite Effects <info@compositeeffects.com>
**Cc:** Dana Massie <dana.massie@allelitewrestling.com>; Chad Glenn <chad.glenn@allelitewrestling.com>; Mark Caplan <Mark.Caplan@allelitewrestling.com>
**Subject:** Re: Luchasaurus Mask

Hi Jonathan-

I think the easiest thing to do would be to send the mask to me and I can bring it directly to TV since we'll be back on the road weekly starting in July.

> Billing address
> First Name:
> Last Name:
> Company name (if applicable): All Elite Wrestling, LLC
> Street address: 1 TIAA Bank Field Dr
> City / county: Jacksonville
> State / province: FL
> Zip / Postal code: 32202
> Country: USA
> Phone Number: 904-633-6589
> Shipping Address (If it is different from the billing address)
> First Name: Marc

Exhibit 4

Last Name: Letzmann
Company name (if applicable):
Street address: 962 Camino de la Reina, #94
City / county: San Diego
State / province: CA
Zip / Postal code: 92108
Country: United States
Phone Number: 619-886-7136

Thanks!

-Marc

---

**From:** Letzmann, Marc <Marc.letzmann@allelitewrestling.com>
**Date:** Wednesday, June 2, 2021 at 1:18 PM
**To:** Chad Glenn <chad.glenn@allelitewrestling.com>, Mark Caplan <Mark.Caplan@allelitewrestling.com>, Composite Effects <info@compositeeffects.com>
**Cc:** Dana Massie <dana.massie@allelitewrestling.com>
**Subject:** Re: Luchasaurus Mask

Hey Jonathan-

We're good with a slight increase in length on the horns, but still closer to this design than the previous.

We will be back on the road full time by the time the mask is ready, so I'll strategize offline internally and get back to you shortly. Thanks!

-Marc

---

**From:** Composite Effects <info@compositeeffects.com>
**Sent:** Wednesday, June 2, 2021 1:07:04 PM
**To:** Chad Glenn <chad.glenn@allelitewrestling.com>; Mark Caplan <Mark.Caplan@allelitewrestling.com>; Letzmann, Marc <Marc.letzmann@allelitewrestling.com>
**Cc:** Dana Massie <dana.massie@allelitewrestling.com>
**Subject:** RE: Luchasaurus Mask

Thanks Chad!

Mark, once I get a shipping address and an answer about the horns, I can send you guys the invoice today!

Jonathan Simoneaux
Office Manager
CFX / Composite Effects
www.compositeeffects.com
Office: 225-756-7875

ESTIMATES
If there are any prices given in this email as "estimates" then they are tentative and subject to change based on final schedule, design specifications, material availability, etc. Shipping, delivery, and/or handling fees are not included unless specifically noted.

PRIVILEGED AND CONFIDENTIAL COMMUNICATION This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC 2510-2521), (b) may contain confidential and/or

Exhibit 4

legally privileged information, and (c) are for the sole use of the intended recipient named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, he or she is hereby notified that any dissemination, distribution, printing, forwarding, or any method of copying of this information, and/or the taking of any action in reliance on the information herein is strictly prohibited except by the intended recipient or those to whom he or she intentionally distributes this message. If you have received this communication in error, please immediately notify the sender, and delete the original message and any copies from your computer or storage system.

**From:** Chad Glenn <chad.glenn@allelitewrestling.com>
**Sent:** Wednesday, June 2, 2021 2:42 PM
**To:** Composite Effects <info@compositeeffects.com>; Mark Caplan <Mark.Caplan@allelitewrestling.com>; Letzmann, Marc <Marc.letzmann@allelitewrestling.com>
**Cc:** Dana Massie <dana.massie@allelitewrestling.com>
**Subject:** RE: Luchasaurus Mask

I filled out the company info. I'll let Mark/Marc/Dana let you know where they want it shipped.



**From:** Composite Effects <info@compositeeffects.com>
**Sent:** Wednesday, June 2, 2021 3:04 PM
**To:** Mark Caplan <Mark.Caplan@allelitewrestling.com>; Letzmann, Marc <Marc.letzmann@allelitewrestling.com>
**Cc:** Dana Massie <dana.massie@allelitewrestling.com>; Chad Glenn <chad.glenn@allelitewrestling.com>
**Subject:** RE: Luchasaurus Mask

Hey Mark,

I've attached our w9. Could you please fill out the information below so I can put together your invoice?

Also, I know the horns have been broken on Luchasaurus, would this new mask have broken or complete horns?

<u>Billing address</u>
First Name:
Last Name:
Company name (if applicable): All Elite Wrestling, LLC
Street address: 1 TIAA Bank Field Dr
City / county: Jacksonville
State / province: FL
Zip / Postal code: 32202
Country: USA
Phone Number: 904-633-6589
<u>Shipping Address (If it is different from the billing address)</u>
First Name: Marc
Last Name: Letzmann
Company name (if applicable):
Street address: 962 Camino de la Reina, #94

Exhibit 4

City / county: San Diego
State / province: CA
Zip / Postal code: 92108
Country: United States
Phone Number: 619-886-7136


Jonathan Simoneaux
Office Manager
CFX / Composite Effects
www.compositeeffects.com
Office: 225-756-7875

ESTIMATES
If there are any prices given in this email as "estimates" then they are tentative and subject to change based on final schedule, design specifications, material availability, etc. Shipping, delivery, and/or handling fees are not included unless specifically noted.

PRIVILEGED AND CONFIDENTIAL COMMUNICATION This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, he or she is hereby notified that any dissemination, distribution, printing, forwarding, or any method of copying of this information, and/or the taking of any action in reliance on the information herein is strictly prohibited except by the intended recipient or those to whom he or she intentionally distributes this message. If you have received this communication in error, please immediately notify the sender, and delete the original message and any copies from your computer or storage system.

**From:** Mark Caplan <Mark.Caplan@allelitewrestling.com>
**Sent:** Wednesday, June 2, 2021 11:21 AM
**To:** Composite Effects <info@compositeeffects.com>; Letzmann, Marc <Marc.letzmann@allelitewrestling.com>
**Cc:** Dana Massie <dana.massie@allelitewrestling.com>; Chad Glenn <chad.glenn@allelitewrestling.com>
**Subject:** Re: Luchasaurus Mask

We will also need a w9.

Get Outlook for iOS

**From:** Mark Caplan <Mark.Caplan@allelitewrestling.com>
**Sent:** Wednesday, June 2, 2021 9:07:01 AM
**To:** Composite Effects <info@compositeeffects.com>; Letzmann, Marc <Marc.letzmann@allelitewrestling.com>
**Cc:** Dana Massie <dana.massie@allelitewrestling.com>
**Subject:** Re: Luchasaurus Mask

We can get you payment if you send an invoice.

Our hope is to have the mask soon as possible. If it's two months, then so be it.

I'm thinking we would probably want an extra copy or two for backup or use outside of show. Comic con, etc.

Mark

Exhibit 4

Get Outlook for iOS

---

**From:** Composite Effects <info@compositeeffects.com>
**Sent:** Wednesday, June 2, 2021 8:45 AM
**To:** Letzmann, Marc; Mark Caplan
**Cc:** Dana Massie
**Subject:** RE: Luchasaurus Mask

Hey guys, just following up again since I didn't receive a response to my last email and I know time is a factor. Here is the text from my last email:

"I know timing is important to you for this project. We feel very confident in committing to a 2 month turnaround from the date of the initial deposit. That's sculpting, mold making, then casting and finishing the first complete piece. That part of the process, along with the finished piece, would come to about $5,500. Then, any successive castings/copies of that mask would be closer to the $550-$650 mark. We'd have a better idea of that pricing once we painted the first piece.

Do you have any idea as to the quantity or frequency you'd be looking for? Would these be just for Austin, or something you'd eventually want to open up to the public?"


Jonathan Simoneaux
Office Manager
CFX / Composite Effects
www.compositeeffects.com
Office: 225-756-7875

ESTIMATES
If there are any prices given in this email as "estimates" then they are tentative and subject to change based on final schedule, design specifications, material availability, etc. Shipping, delivery, and/or handling fees are not included unless specifically noted.

PRIVILEGED AND CONFIDENTIAL COMMUNICATION This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, he or she is hereby notified that any dissemination, distribution, printing, forwarding, or any method of copying of this information, and/or the taking of any action in reliance on the information herein is strictly prohibited except by the intended recipient or those to whom he or she intentionally distributes this message. If you have received this communication in error, please immediately notify the sender, and delete the original message and any copies from your computer or storage system.

**From:** Composite Effects
**Sent:** Friday, May 28, 2021 1:53 PM
**To:** Letzmann, Marc <Marc.letzmann@allelitewrestling.com>; Mark Caplan <Mark.Caplan@allelitewrestling.com>
**Cc:** Dana Massie <dana.massie@allelitewrestling.com>
**Subject:** RE: Luchasaurus Mask

Hey Marc,

I know timing is important to you for this project. We feel very confident in committing to a 2 month turnaround from the date of the initial deposit. That's sculpting, mold making, then casting and finishing the first complete piece. That

Exhibit 4

part of the process, along with the finished piece, would come to about $5,500. Then, any successive castings/copies of that mask would be closer to the $550-$650 mark. We'd have a better idea of that pricing once we painted the first piece.

Do you have any idea as to the quantity or frequency you'd be looking for? Would these be just for Austin, or something you'd eventually want to open up to the public?

Jonathan Simoneaux
Office Manager
CFX / Composite Effects
www.compositeeffects.com
Office: 225-756-7875

ESTIMATES
If there are any prices given in this email as "estimates" then they are tentative and subject to change based on final schedule, design specifications, material availability, etc. Shipping, delivery, and/or handling fees are not included unless specifically noted.

PRIVILEGED AND CONFIDENTIAL COMMUNICATION This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, he or she is hereby notified that any dissemination, distribution, printing, forwarding, or any method of copying of this information, and/or the taking of any action in reliance on the information herein is strictly prohibited except by the intended recipient or those to whom he or she intentionally distributes this message. If you have received this communication in error, please immediately notify the sender, and delete the original message and any copies from your computer or storage system.

**From:** Letzmann, Marc <Marc.letzmann@allelitewrestling.com>
**Sent:** Friday, May 21, 2021 11:04 AM
**To:** Composite Effects <info@compositeeffects.com>; Mark Caplan <Mark.Caplan@allelitewrestling.com>
**Cc:** Dana Massie <dana.massie@allelitewrestling.com>
**Subject:** Re: Luchasaurus Mask

Hi Jonathan-

With regard to your questions below:

1. The current strap setup is perfect, no changes needed.
2. In addition to the front and profile shots, our designer provided a 3d .obj file which can be found here: https://www.dropbox.com/s/t76j6md2v6rq2qa/Luchasaurus_Head_Option_3.zip?dl=0
3. No differences beyond what is shown in the files. One request Austin specifically had was to keep the eye size/shape as similar as possible to the current design. Lack of peripheral vision inside the ring can be a safety issue, so it would be great if we could stick with something he's already comfortable with.

Please let us know if you have any other questions, thanks!

-Marc

**From:** Composite Effects <info@compositeeffects.com>
**Date:** Friday, May 21, 2021 at 7:47 AM

Exhibit 4

**To:** Mark Caplan <Mark.Caplan@allelitewrestling.com>
**Cc:** Letzmann, Marc <Marc.letzmann@allelitewrestling.com>, Dana Massie
<dana.massie@allelitewrestling.com>
**Subject:** RE: Luchasaurus Mask

Hey Mark,

We have a few questions for you about this but the short version is I think the time frame is doable:

1. Do you want the strap setup changed at all? Is the current setup working for you or do you want that addressed?
2. Do you have any other photos of this design, especially from different angles? Any other images you could share would be a great help.
3. Do you want any other differences from the original design? Eye size, horn hardness, etc?

Jonathan Simoneaux
Office Manager
CFX / Composite Effects
www.compositeeffects.com
Office: 225-756-7875

ESTIMATES
If there are any prices given in this email as "estimates" then they are tentative and subject to change based on final schedule, design specifications, material availability, etc. Shipping, delivery, and/or handling fees are not included unless specifically noted.

PRIVILEGED AND CONFIDENTIAL COMMUNICATION This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, he or she is hereby notified that any dissemination, distribution, printing, forwarding, or any method of copying of this information, and/or the taking of any action in reliance on the information herein is strictly prohibited except by the intended recipient or those to whom he or she intentionally distributes this message. If you have received this communication in error, please immediately notify the sender, and delete the original message and any copies from your computer or storage system.

**From:** Mark Caplan <Mark.Caplan@allelitewrestling.com>
**Sent:** Thursday, May 20, 2021 10:16 AM
**To:** Composite Effects <info@compositeeffects.com>
**Cc:** Letzmann, Marc <Marc.letzmann@allelitewrestling.com>; Dana Massie <dana.massie@allelitewrestling.com>
**Subject:** Re: Luchasaurus Mask

Austin is out of commission for 2-3 months so we'd like to have it finished prior to his return.

Mark

Get Outlook for iOS

---

**From:** Composite Effects <info@compositeeffects.com>
**Sent:** Thursday, May 20, 2021 7:44:59 AM
**To:** Mark Caplan <Mark.Caplan@allelitewrestling.com>

Exhibit 4

Cc: Letzmann, Marc <Marc.letzmann@allelitewrestling.com>; Dana Massie <dana.massie@allelitewrestling.com>
Subject: RE: Luchasaurus Mask

We're going to meet about this tomorrow, I'll be in touch!

Jonathan Simoneaux
Office Manager
CFX / Composite Effects
www.compositeeffects.com
Office: 225-756-7875

ESTIMATES
If there are any prices given in this email as "estimates" then they are tentative and subject to change based on final schedule, design specifications, material availability, etc. Shipping, delivery, and/or handling fees are not included unless specifically noted.

PRIVILEGED AND CONFIDENTIAL COMMUNICATION This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, he or she is hereby notified that any dissemination, distribution, printing, forwarding, or any method of copying of this information, and/or the taking of any action in reliance on the information herein is strictly prohibited except by the intended recipient or those to whom he or she intentionally distributes this message. If you have received this communication in error, please immediately notify the sender, and delete the original message and any copies from your computer or storage system.

From: Mark Caplan <Mark.Caplan@allelitewrestling.com>
Sent: Wednesday, May 19, 2021 2:33 PM
To: Composite Effects <info@compositeeffects.com>
Cc: Letzmann, Marc <Marc.letzmann@allelitewrestling.com>; Dana Massie <dana.massie@allelitewrestling.com>
Subject: Re: Luchasaurus Mask

Ok, thanks!

Get Outlook for iOS

From: Composite Effects <info@compositeeffects.com>
Sent: Wednesday, May 19, 2021 12:25:31 PM
To: Mark Caplan <Mark.Caplan@allelitewrestling.com>
Subject: RE: Luchasaurus Mask

Hey Mark,

I'm sure we can. We've gotten delayed with the trade show and a very bad rainstorm this week that completely shut down our shop, but we haven't forgotten you, and I will be in touch ASAP with more information.

Jonathan Simoneaux
Office Manager
CFX / Composite Effects
www.compositeeffects.com
Office: 225-756-7875

Exhibit 4

ESTIMATES
If there are any prices given in this email as "estimates" then they are tentative and subject to change based on final schedule, design specifications, material availability, etc. Shipping, delivery, and/or handling fees are not included unless specifically noted.

PRIVILEGED AND CONFIDENTIAL COMMUNICATION This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, he or she is hereby notified that any dissemination, distribution, printing, forwarding, or any method of copying of this information, and/or the taking of any action in reliance on the information herein is strictly prohibited except by the intended recipient or those to whom he or she intentionally distributes this message. If you have received this communication in error, please immediately notify the sender, and delete the original message and any copies from your computer or storage system.

**From:** Mark Caplan <Mark.Caplan@allelitewrestling.com>
**Sent:** Wednesday, May 19, 2021 12:25 PM
**To:** Composite Effects <info@compositeeffects.com>
**Subject:** RE: Luchasaurus Mask

Jonathan,

Checking in. Are you able to do this for us?



**From:** Composite Effects <info@compositeeffects.com>
**Sent:** Friday, April 30, 2021 9:38 AM
**To:** Mark Caplan <Mark.Caplan@allelitewrestling.com>
**Subject:** RE: Luchasaurus Mask

We're very focused on preparing for the Transworld 2021 show in St Louis next week, but the week of May 18 we will be able to focus on this. As for a general timeline, I can try to get that you the week of May 10.

Jonathan Simoneaux
Office Manager
CFX / Composite Effects
www.compositeeffects.com
Office: 225-756-7875

ESTIMATES
If there are any prices given in this email as "estimates" then they are tentative and subject to change based on final schedule, design specifications, material availability, etc. Shipping, delivery, and/or handling fees are not included unless specifically noted.

Exhibit 4

PRIVILEGED AND CONFIDENTIAL COMMUNICATION This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, he or she is hereby notified that any dissemination, distribution, printing, forwarding, or any method of copying of this information, and/or the taking of any action in reliance on the information herein is strictly prohibited except by the intended recipient or those to whom he or she intentionally distributes this message. If you have received this communication in error, please immediately notify the sender, and delete the original message and any copies from your computer or storage system.

**From:** Mark Caplan <Mark.Caplan@allelitewrestling.com>
**Sent:** Friday, April 30, 2021 11:24 AM
**To:** Composite Effects <info@compositeeffects.com>
**Subject:** Re: Luchasaurus Mask

It would be helpful to get a general timeline so we factor in everything.

Get Outlook for iOS

**From:** Composite Effects <info@compositeeffects.com>
**Sent:** Friday, April 30, 2021 9:04:29 AM
**To:** Mark Caplan <Mark.Caplan@allelitewrestling.com>
**Subject:** RE: Luchasaurus Mask

I think we can have a meeting here about this around or after the 18th or 19th of May and follow up then. Will that work for you?

Jonathan Simoneaux
Office Manager
CFX / Composite Effects
www.compositeeffects.com
Office: 225-756-7871

ESTIMATES
If there are any prices given in this email as "estimates" then they are tentative and subject to change based on final schedule, design specifications, material availability, etc. Shipping, delivery, and/or handling fees are not included unless specifically noted.

PRIVILEGED AND CONFIDENTIAL COMMUNICATION This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, he or she is hereby notified that any dissemination, distribution, printing, forwarding, or any method of copying of this information, and/or the taking of any action in reliance on the information herein is strictly prohibited except by the intended recipient or those to whom he or she intentionally distributes this message. If you have received this communication in error, please immediately notify the sender, and delete the original message and any copies from your computer or storage system.

**From:** Composite Effects
**Sent:** Tuesday, April 27, 2021 4:22 PM
**To:** Mark Caplan <Mark.Caplan@allelitewrestling.com>
**Subject:** RE: Luchasaurus Mask

Exhibit 4

Hey Mark,

Great to hear back from you, and I love the design. I'll forward this to my production team and try to respond with some questions and estimates before the end of the week.

Jonathan Simoneaux
Office Manager
CFX / Composite Effects
www.compositeeffects.com
Office: 225-756-7875

ESTIMATES
If there are any prices given in this email as "estimates" then they are tentative and subject to change based on final schedule, design specifications, material availability, etc. Shipping, delivery, and/or handling fees are not included unless specifically noted.

PRIVILEGED AND CONFIDENTIAL COMMUNICATION This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, he or she is hereby notified that any dissemination, distribution, printing, forwarding, or any method of copying of this information, and/or the taking of any action in reliance on the information herein is strictly prohibited except by the intended recipient or those to whom he or she intentionally distributes this message. If you have received this communication in error, please immediately notify the sender, and delete the original message and any copies from your computer or storage system.

**From:** Mark Caplan <Mark.Caplan@allelitewrestling.com>
**Sent:** Tuesday, April 27, 2021 3:17 PM
**To:** Composite Effects <info@compositeeffects.com>
**Cc:** Dana Massie <dana.massie@allelitewrestling.com>; Letzmann, Marc <Marc.letzmann@allelitewrestling.com>; Chris Harrington <chris.harrington@allelitewrestling.com>
**Subject:** RE: Luchasaurus Mask

Hi Jonathan,

Long time, hope all is well.

After some back and forth, we would like to proceed. We looked at several designs, including the ones you sent over and have decided on the attached.

The OBJ files are located here. https://www.dropbox.com/s/rnk6w3885ipbq4a/Luchasaurus_Head_Option_3.zip?dl=0

Please let us know how best to proceed.

Mark



24

Exhibit 4

**From:** Composite Effects <info@compositeeffects.com>
**Sent:** Monday, February 22, 2021 9:51 AM
**To:** Mark Caplan <Mark.Caplan@allelitewrestling.com>
**Cc:** Dana Massie <dana.massie@allelitewrestling.com>; Letzmann, Marc <Marc.letzmann@allelitewrestling.com>; McBride, Cassie <McBridec@nfl.jaguars.com>; Chris Harrington <chris.harrington@allelitewrestling.com>
**Subject:** RE: Luchasaurus Mask

Hey Mark,

Sorry for the delay in my response, I've been out sick. I'm sure we can do some design work though it would increase the cost. Can you give me all the parameters you want this new design to fall within? That will give us a good place to start.

Jonathan Simoneaux
Office Manager
CFX / Composite Effects
www.compositeeffects.com
Office: 225-756-7875

ESTIMATES
If there are any prices given in this email as "estimates" then they are tentative and subject to change based on final schedule, design specifications, material availability, etc. Shipping, delivery, and/or handling fees are not included unless specifically noted.

PRIVILEGED AND CONFIDENTIAL COMMUNICATION This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, he or she is hereby notified that any dissemination, distribution, printing, forwarding, or any method of copying of this information, and/or the taking of any action in reliance on the information herein is strictly prohibited except by the intended recipient or those to whom he or she intentionally distributes this message. If you have received this communication in error, please immediately notify the sender, and delete the original message and any copies from your computer or storage system.

**From:** Mark Caplan <Mark.Caplan@allelitewrestling.com>
**Sent:** Friday, February 19, 2021 11:37 AM
**To:** Composite Effects <info@compositeeffects.com>
**Cc:** Dana Massie <dana.massie@allelitewrestling.com>; Letzmann, Marc <Marc.letzmann@allelitewrestling.com>; McBride, Cassie <McBridec@nfl.jaguars.com>; Chris Harrington <chris.harrington@allelitewrestling.com>
**Subject:** Re: Luchasaurus Mask

Hi Jonathan, hope all is ok. Checking back in.

Get Outlook for iOS

**From:** Composite Effects <info@compositeeffects.com>
**Sent:** Tuesday, February 16, 2021 1:15:22 PM
**To:** Mark Caplan <Mark.Caplan@allelitewrestling.com>
**Cc:** Dana Massie <dana.massie@allelitewrestling.com>; Letzmann, Marc <Marc.letzmann@allelitewrestling.com>; McBride, Cassie <McBridec@nfl.jaguars.com>; Chris Harrington <chris.harrington@allelitewrestling.com>
**Subject:** Re: Luchasaurus Mask

Exhibit 4

There is an ice storm here in Louisiana that has us closed until tomorrow at the earliest but let me follow up with you then.

Get Outlook for Android

---

**From:** Mark Caplan <Mark.Caplan@allelitewrestling.com>
**Sent:** Monday, February 15, 2021 11:23:21 AM
**To:** Composite Effects <info@compositeeffects.com>
**Cc:** Dana Massie <dana.massie@allelitewrestling.com>; Letzmann, Marc <Marc.letzmann@allelitewrestling.com>; McBride, Cassie <McBridec@nfl.jaguars.com>; Chris Harrington <chris.harrington@allelitewrestling.com>
**Subject:** Re: Luchasaurus Mask

Hi Jonathan,

Looking back at previous emails you had said the design could be created by your team? Is this feasible?

If not, we can come back to you with some rough sketches.

Mark

Sent from iPhone

---

**From:** Mark Caplan <Mark.Caplan@allelitewrestling.com>
**Sent:** Friday, February 12, 2021 9:18:54 AM
**To:** Composite Effects <info@compositeeffects.com>
**Cc:** Dana Massie <dana.massie@allelitewrestling.com>; Letzmann, Marc <Marc.letzmann@allelitewrestling.com>; McBride, Cassie <McBridec@nfl.jaguars.com>; Chris Harrington <chris.harrington@allelitewrestling.com>
**Subject:** Re: Luchasaurus Mask

Jonathan,

Let me circle back on images.

Mark

Sent from iPhone

---

**From:** Composite Effects <info@compositeeffects.com>
**Sent:** Wednesday, February 3, 2021 9:21:11 AM
**To:** Mark Caplan <Mark.Caplan@allelitewrestling.com>
**Cc:** Dana Massie <dana.massie@allelitewrestling.com>; Letzmann, Marc <Marc.letzmann@allelitewrestling.com>; McBride, Cassie <McBridec@nfl.jaguars.com>; Chris Harrington <chris.harrington@allelitewrestling.com>
**Subject:** RE: Luchasaurus Mask

Hey Mark,

Thanks for reaching out! My name is Jonathan, I'm the Office Manager here at CFX and the primary point of contact for sales. I'm glad to hear that you guys are ready to move forward. I do know that with our current work schedule, a fully custom sculpt like this may not be something we could start until after April. I'll check with my team to see if that is still the case, and if so could that be amended.

Exhibit 4

Do you have any images of the new design you want to pursue? I think it would be best if the new mask was distinct enough from our mask to not be considered the same design, but still maintains elements of what everyone associates with Luchasaurus. What are your thoughts?

Jonathan Simoneaux
Office Manager
CFX / Composite Effects
www.compositeeffects.com
Office: 225-756-7875

ESTIMATES
If there are any prices given in this email as "estimates" then they are tentative and subject to change based on final schedule, design specifications, material availability, etc. Shipping, delivery, and/or handling fees are not included unless specifically noted.

PRIVILEGED AND CONFIDENTIAL COMMUNICATION This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, he or she is hereby notified that any dissemination, distribution, printing, forwarding, or any method of copying of this information, and/or the taking of any action in reliance on the information herein is strictly prohibited except by the intended recipient or those to whom he or she intentionally distributes this message. If you have received this communication in error, please immediately notify the sender, and delete the original message and any copies from your computer or storage system.

**From:** Mark Caplan <Mark.Caplan@allelitewrestling.com>
**Sent:** Tuesday, February 2, 2021 8:09 PM
**To:** Tabitha Barron <tabitha@compositeeffects.com>; Composite Effects <info@compositeeffects.com>
**Cc:** Dana Massie <dana.massie@allelitewrestling.com>; Letzmann, Marc <Marc.letzmann@allelitewrestling.com>; McBride, Cassie <McBridec@nfl.jaguars.com>; Chris Harrington <chris.harrington@allelitewrestling.com>
**Subject:** Luchasaurus Mask

Hi Tabitha/Jonathan,

Apologies for the long silence. I'm part of the business team at AEW. We have decided to proceed on having a new mask created based on Luchasaurus and would like to proceed on a buyout agreement. You had previously quoted $5,000 for us to own it outright.

Can you please let us know next steps?

Thank you!.

Mark

Exhibit 4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Composite Effects, LLC | CIVIL ACTION NO. _____ |
| **Plaintiff**, | |
| | JUDGE _____ |
| v. | |
| | MAGISTRATE _____ |
| All Elite Wrestling and Austin Matelson | |
| **Defendants**. | Jury Trial Requested |

### DECLARATION OF GEORGE FRANGADAKIS

1.

My name is George Frangadakis. I am over the age of eighteen (18) and mentally competent to provide the following declaration testimony. I have personal knowledge of the facts stated in this declaration, and the facts stated herein are true and correct.

2.

I am in the business of designing custom and silicon masks. I specialize in prosthetics, puppets, and fabrication. In my industry it is not typical for a customer to have merchandising rights unless there is a licensing agreement that specifically permits the customer to merchandise and profit off your work.

3.

On or around January 22, 2022, I was contacted by a third party, who referred to himself as "Jett", to put me in touch with Austin Matelson ("Matelson") regarding the design of a custom mask for Matelson's wrestling persona, "Luchasauras."

1

Exhibit 5

4.

Sometime after January 22, 2022, I was contacted by Matelson to discuss his options regarding the design of a mask.

5.

At the time, I was familiar with Matelson's on-stage wrestling persona, Luchasauras, and the mask that Matelson wears as part of this on-stage persona. I also knew at the time that Composite Effects, LLC ("CFX") was the designer of Matelson's mask that he wore at that time.

6.

When I spoke with Matelson about the design of a new custom mask, I made it clear that I would not design anything that was similar to his current mask because of my relationship with CFX.

7.

It was evident throughout my communications with Matelson and "Jett" that the mask Matelson sought was to be a near replica of CFX's custom-designed mask. Despite Jett's insistence that Matelson wanted a "brand new design", the mask that Matelson and Matelson's TV Network wanted would have been substantially similar to CFX's custom-designed mask. It was clear that there were legal issues that needed to be handled prior to my designing a new mask for Matelson.

8.

I explained and made it clear that I would be happy to design a completely new mask that did not resemble CFX's design. I was not contacted again by Jett or Matelson regarding this matter.

4891-9838-4956 v1

Exhibit 5

*Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.*

Executed on this ___10th___ day of November, 2022 in ___San Diego___, California.

George Frangadakis

4891-9838-4956 v1

Exhibit 5