UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Composite Effects, LLC<br><br>*Plaintiff*,<br><br>v.<br><br>All Elite Wrestling and Austin Matelson<br><br>*Defendants*. | CIVIL ACTION NO. 2:22-cv-05351<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE NORTH<br><br>Jury Trial Requested |

## **ORDER**

Considering the foregoing, Plaintiff's Motion for Leave to File First Amended Complaint:

IT IS ORDERED that the Motion is hereby GRANTED and that the First Amended Complaint of Composite Effects, LLC is to be filed into the record.

New Orleans, Louisiana, this _____ day of _____, 2023.

_____
**UNITED STATES DISTRICT COURT**

4886-6366-4472 v1