UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COMPOSITE EFFECTS, LLC,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**ALL ELITE WRESTLING, LLC and AUSTIN MATELSON,**<br><br>    **Defendants.** | **CAUSE NO. 2:22-CV-05351-EEF-MBN**<br><br>**DISTRICT JUDGE FALLON**<br><br>**MAGISTRATE JUDGE NORTH** |

*EX PARTE* **MOTION** *PRO HAC VICE* **TO ENROLL MATTHEW T. KEMP AS VISITING CO-COUNSEL FOR DEFENDANT AUSTIN MATELSON**

Undersigned counsel, a member of good standing of the Bar of this Court and the State of Louisiana, pursuant to LR 83.2.5, respectfully requests an Order from this Honorable Court enrolling the following attorney as co-counsel of record for Defendant Austin Matelson in the above-captioned case:

> Matthew T. Kemp (Ohio 0093136)
> Shumaker, Loop & Kendrick, LLP
> 1000 Jackson Street
> Toledo, Ohio 43604
> (419) 321-1255
> mkemp@shumaker.com

Matthew T. Kemp is ineligible to become a member of the Bar of this Court because he is not a member of the Bar of the State of Louisiana. Matthew T. Kemp is an attorney in good standing and is admitted to practice law in the State of Ohio. A Certificate of Good Standing from the Supreme Court of Ohio, a declaration of Matthew T. Kemp confirming that there have not been

2

any disciplinary proceedings or criminal charges instituted against him, and his consent to electronic filing form are attached.

                                             Respectfully submitted,

                                             */s/ Brent A. Talbot*
                                             BRENT A. TALBOT (#19174)
                                             CHAFFE MCCALL, L.L.P.
                                             2300 Energy Centre
                                             1100 Poydras Street
                                             New Orleans, LA 70163-2300
                                             Telephone: (504) 585-7000
                                             Facsimile: (504) 585-7075
                                             Email: talbot@chaffe.com
                                             ***Attorney for Defendant Austin Matelson***