UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Composite Effects, LLC<br><br>*Plaintiff*,<br><br>v.<br><br>All Elite Wrestling and Austin Matelson<br><br>*Defendants*. | CIVIL ACTION NO. 2:22-cv-05351<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE NORTH<br><br>Jury Trial Requested |

## ORDER

Considering the foregoing, Plaintiff's Motion for Leave to File First Amended Complaint:

IT IS ORDERED that the Motion is hereby GRANTED and that the First Amended Complaint of Composite Effects, LLC is to be filed into the record.

New Orleans, Louisiana, this 23rd day of March, 2023.

_____
**UNITED STATES DISTRICT COURT**

4886-6366-4472 v1