UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COMPOSITE EFFECTS, LLC,**<br><br>                 **Plaintiff,**<br><br>v.<br><br>**ALL ELITE WRESTLING, LLC and AUSTIN MATELSON,**<br><br>                 **Defendants.** | **CAUSE NO. 2:22-CV-05351-EEF-MBN**<br><br>**DISTRICT JUDGE FALLON**<br><br>**MAGISTRATE JUDGE NORTH** |

## ORDER

Considering the foregoing *Ex Parte* Motion for Admission *Pro Hac Vice* of Matthew T. Kemp,

In accordance with Local Rule 83.2.5, Brent A. Talbot, counsel of record who is a member of the bar of this Court, has requested that Matthew T. Kemp be admitted *Pro Hac Vice*, Matthew T. Kemp has provided a Certificate of Good Standing, and Matthew T. Kemp has affirmed that there have been no disciplinary proceedings or criminal charges against him. Accordingly,

**IT IS ORDERED** that Matthew T. Kemp is hereby admitted to the bar of this Court *Pro Hac Vice* on behalf of Defendant Austin Matelson in the above-captioned case.

**NEW ORLEANS, LOUISIANA**, this 23rd day of March, 2023.

                                                          **UNITED STATES DISTRICT JUDGE**