# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COMPOSITE EFFECTS, LLC,** | |
| Plaintiff, | **CIVIL ACTION NO. 2:22-cv-05351-EEF-MBN** |
| Versus | |
| **ALL ELITE WRESTLING, LLC and AUSTIN MATELSON,** | **DISTRICT JUDGE FALLON** |
| | **MAGISTRATE JUDGE NORTH** |
| Defendants. | |

**ORDER**

Given the filing of Plaintiff's First Amended Complaint;

**IT IS ORDERED** that AEW's Motion to Dismiss Counts II, III, IV, V, and VI of the Complaint, at R. Doc. 17, be **DENIED AS MOOT**.

The Defendant may file a responsive pleading with regards to the First Amended Complaint.

New Orleans, Louisiana, this 29th day of March, 2023.

_____
Judge, United States District Court
Eastern District of Louisiana