UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| **COMPOSITE EFFECTS, LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **ALL ELITE WRESTLING, LLC and AUSTIN MATELSON,** <br><br> Defendants. | **CAUSE NO. 2:22-CV-05351-EEF-MBN** <br><br> **DISTRICT JUDGE FALLON** <br><br> **MAGISTRATE JUDGE NORTH** |

**DEFENDANT AUSTIN MATELSON'S MOTION TO DISMISS
FOR FAILURE TO STATE A CLAIM UNDER FED. R. CIV. P. 12(b)(6)**

Defendant Austin Matelson ("Matelson") respectfully moves the Court to dismiss all counts in Plaintiff's First Amended Complaint for failure to state a claim under Fed. R. Civ. P. 12(b)(6). The arguments supporting this Motion are set forth in the accompanying Memorandum in Support.

/s/ Matthew T. Kemp
Matthew T. Kemp (Ohio 0093136)
*(admitted pro hac vice)*
SHUMAKER, LOOP & KENDRICK, LLP
1000 Jackson Street
Toledo, Ohio 43604
Telephone: (419) 241-9000
Facsimile: (419) 241-6894
Email: mkemp@shumaker.com

18547768v1

                                Brent A. Talbot (#19174)
                                CHAFFE MCCALL, L.L.P.
                                2300 Energy Centre
                                1100 Poydras Street
                                New Orleans, LA 70163-2300
                                Telephone: (504) 585-7000
                                Facsimile: (504) 585-7075
                                Email:  talbot@chaffe.com

                                *Attorneys for Defendant*
                                *Austin Matelson*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2023, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                                <u>/s/ Matthew T. Kemp</u>
                                Matthew T. Kemp (Ohio 0093136)
                                *(admitted pro hac vice)*
                                SHUMAKER, LOOP & KENDRICK, LLP

                                *Attorneys for Defendant*
                                *Austin Matelson*