UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COMPOSITE EFFECTS, LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **ALL ELITE WRESTLING, LLC and AUSTIN MATELSON,** <br><br> Defendants. | **CAUSE NO. 2:22-CV-05351-EEF-MBN** <br><br> **DISTRICT JUDGE FALLON** <br><br> **MAGISTRATE JUDGE NORTH** |

**DEFENDANT AUSTIN MATELSON'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UNDER FED. R. CIV. P. 12(b)(6)**

Defendant Austin Matelson moves the Court for leave to file the attached Reply in Support of his Motion to Dismiss (Doc. 24), which is set for submission on May 10, 2023. This reply brief will assist the Court in reaching a decision, as it clarifies the factual allegations that are relevant to Plaintiff's claims and addresses certain legal arguments and caselaw that were raised for the first time in Plaintiff's opposition brief (Doc. 26). A proposed order is attached.

**Wherefore**, Defendant Austin Matelson move this Court for leave to file the attached reply brief in support of his Motion to Dismiss.

18672852v1

/s/ *Matthew T. Kemp*
Matthew T. Kemp (Ohio 0093136)
*(admitted pro hac vice)*
SHUMAKER, LOOP & KENDRICK, LLP
1000 Jackson Street
Toledo, Ohio 43604
Telephone:  (419) 241-9000
Facsimile:  (419) 241-6894
Email:  mkemp@shumaker.com

Brent A. Talbot (#19174)
CHAFFE MCCALL, L.L.P.
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075
Email:  talbot@chaffe.com

*Attorneys for Defendant*
*Austin Matelson*

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2023, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ *Matthew T. Kemp*
Matthew T. Kemp (Ohio 0093136)
*(admitted pro hac vice)*
SHUMAKER, LOOP & KENDRICK, LLP

*Attorneys for Defendant*
*Austin Matelson*