UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COMPOSITE EFFECTS, LLC,**<br><br>       **Plaintiff,**<br><br> v.<br><br>**ALL ELITE WRESTLING, LLC and AUSTIN MATELSON,**<br><br>       **Defendants.** | **CAUSE NO. 2:22-CV-05351-EEF-MBN**<br><br>**DISTRICT JUDGE FALLON**<br><br>**MAGISTRATE JUDGE NORTH** |

**O R D E R**

Considering the above and foregoing motion for leave;

**IT IS ORDERED** that Defendant Austin Matelson be and hereby is **GRANTED** leave to file his Reply in Support of Defendant's Motion to Dismiss (Doc. 24). Defendant's Reply Memorandum shall be filed into the record.

New Orleans, Louisiana, this _____ day of _____, 2023.

                _____
                **UNITED STATES DISTRICT JUDGE**

18671907v1