UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COMPOSITE EFFECTS, LLC | CIVIL ACTION |
| VERSUS | NO. 22-5351 |
| ALL ELITE WRESTLING, LLC, ET AL | SECTION "P"(5) |

**PRELIMINARY CONFERENCE NOTICE**

A **PRELIMINARY CONFERENCE** will be held **BY TELEPHONE** on **August 17, 2023 at 3:30 p.m.** for the purpose of scheduling the pre-trial conference and trial on the merits.

**Please use the following information to call in for the conference:**
**Dial-In: 877-336-1831**
**Access code: 3277690**

The Court encourages counsel to engage in settlement negotiations.

**TRIAL COUNSEL** are to participate in this conference. If, however, you are unable for good cause to do so, another attorney in your firm may participate if acquainted with all details of the case and authorized to enter into any necessary agreements. If, for good cause, neither is possible, you must file a Motion and Order to Continue at least one week prior to the above date.

COURTNEY ANCAR
CASE MANAGER
SECTION "P"
504-589-7715

**NOTICE**

**COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF THIS NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE.**

## IMPORTANT NOTICE TO COUNSEL

## COUNSEL MUST PARTICIPATE IN THIS CONFERENCE.
## A PARALEGAL OR SECRETARY MAY NOT BE SUBSTITUTED.

COUNSEL WILL BE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS REGARDING DISCLOSURE AT THE CONFERENCE:

1. Have all parties completed your Rule 26(a)(1) mandatory initial disclosures?

2. Have all parties stipulated that initial disclosures under Rule 26(a)(1) will <u>not</u> be made in this case?

3. Do any of the parties object to making Rule 26(a)(1) initial disclosures in this case?*

4. Have the corporate parties filed their corporate disclosure statements?

5. In advance of the conference, every party should be familiar with and ensure compliance with Rule 7.1, which was amended December 31, 2022.

*Written objections must be filed <u>three</u> days prior to the preliminary conference.