**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLANS DIVISION**

| | |
|---|---|
| **COMPOSITE EFFECTS, LLC,** | |
| **Plaintiff,** | **CAUSE NO. 2:22-cv-05351-EEF-MBN** |
| **Versus** | **DISTRICT JUDGE PAPILLION** |
| **ALL ELITE WRESTLING, LLC and AUSTIN MATELSON,** | **MAGISTRATE JUDGE NORTH** |
| **Defendants.** | |

## ALL ELITE WRESTLING, LLC'S CORPORATE DISCLOSURE STATEMENT

Defendant All Elite Wrestling, LLC, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby states that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated:  August 17, 2023

Respectfully submitted,

/s/ Bradley M. Stohry
Bradley M. Stohry
REICHEL STOHRY DEAN LLP
525 S. Meridian St., Suite 1A2
Indianapolis, IN 46225
Phone: (317) 501-2891
Fax: (317) 454-1349
brad@rsindy.com

Brad E. Harrigan (Bar No. 29592)
TOLAR HARRIGAN & MORRIS LLC
1055 St. Charles Avenue, Suite 208
New Orleans, LA 70130
Telephone: (504) 571-5317
Facsimile: (504) 571-5437
bharrigan@nolaipa.com

***Counsel for* All Elite Wrestling, LLC**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 17, 2023, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

/s/*Bradley M. Stohry*
Bradley M. Stohry