UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COMPOSITE EFFECTS, LLC**<br><br>*Plaintiff*,<br><br>v.<br><br>**ALL ELITE WRESTLING and AUSTIN MATELSON**<br><br>*Defendants*. | CIVIL ACTION NO. 2:22-cv-05351<br><br>JUDGE DARREL JAMES PAPILLION<br><br>MAGISTRATE JUDGE NORTH |

### CONSENT MOTION AND STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Composite Effects, LLC ("CFX"), and Defendants, All Elite Wrestling ("AEW") and Austin Matelson ("Matelson") (hereinafter "Defendants"), hereby move the Court to enter the attached stipulation and order dismissing all claims against Defendants, AEW and Austin Matelson, with prejudice, each party to bear its own costs and fees, and ordering that the Court shall retain jurisdiction to enforce the terms of their Settlement Agreement.

*(Signatures to follow on next page)*

4878-8282-3564 V1

Respectfully submitted,

| | |
|---|---|
| */s/ R. Devin Ricci* | */s/Bradley M. Stohry* |
| R. Devin Ricci (#34724) | Bradley M. Stohry |
| **KEAN MILLER LLP** | **REICHEL STOHRY DEAN LLP** |
| First Bank and Trust Tower | 525 S. Meridian St., Suite 1A2 |
| 909 Poydras Street, Suite 3600 | Indianapolis, IN 46225 |
| New Orleans, LA 70112 | Phone: (317) 501-2891 |
| Telephone: (504) 585-3050 | Fax: (317) 454-1349 |
| devin.ricci@keanmiller.com | brad@rsindy.com |
| | |
| Mary M. Love (#40194) | Brad E. Harrigan (Bar No. 29592) |
| **KEAN MILLER LLP** | **TOLAR HARRIGAN & MORRIS LLC** |
| 400 Convention Street, Suite 700 | 1055 St. Charles Avenue, Suite 208 |
| Baton Rouge, LA 70802 | New Orleans, LA 70130 |
| Telephone: (225) 387-0999 | Telephone: (504) 571-5317 |
| mary.love@keanmiller.com | Facsimile: (504) 571-5437 |
| | bharrigan@nolaipa.com |
| | |
| *Attorneys for Composite Effects, LLC* | *Attorneys for All Elite Wrestling, LLC* |

*/s/ Matthew T. Kemp*
Matthew T. Kemp (Ohio 0093136)
(admitted pro hac vice)
**SHUMAKER, LOOP & KENDRICK, LLP**
1000 Jackson Street
Toledo, Ohio 43604
Telephone: (419) 241-9000
Facsimile: (419) 241-6894
Email:  mkemp@shumaker.com

Brent A. Talbot (#19174)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075
Email:  talbot@chaffe.com

*Attorneys for Austin Matelson*

**4878-8282-3564 V1**

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing document has been electronically filed with the Clerk of Court using the CM/ECF system this 13th day of November, 2023. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system and/or U.S. Mail.

                                               */s/ R. Devin Ricci*
                                                R. Devin Ricci