## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COMPOSITE EFFECTS, LLC**<br><br>*Plaintiff*,<br><br>v.<br><br>**ALL ELITE WRESTLING and AUSTIN MATELSON**<br><br>*Defendants*. | CIVIL ACTION NO. 2:22-cv-05351<br><br>JUDGE DARREL JAMES PAPILLION<br><br>MAGISTRATE JUDGE NORTH |

### STIPULATION AND ORDER OF DISMISSAL

The Court, upon consent and request of Plaintiff Composite Effects, LLC ("CFX"), and Defendants, All Elite Wrestling ("AEW") and Austin Matelson ("Matelson") (collectively, the "Parties") hereby acknowledge the following Stipulation by the Parties and issues the following Order.

### FINDINGS

1. In this Litigation, CFX filed suit against Defendants collectively for copyright infringement and unfair trade practices, and against Matelson individually for breach of contract. No decision of the Court has been obtained by either party regarding the subject matter of this Litigation.

2. In order to avoid the cost and expense of litigation and with no admission of liability by any party, the parties have entered into a Settlement Agreement resolving their differences with respect to the subject matter of the Litigation.

**ORDER**

Accordingly, pursuant to CFX's unopposed Motion to Dismiss, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. All claims and defenses in the pleadings filed by CFX and Defendants are hereby dismissed with prejudice and with each party to bear its own costs and fees.

2. The Court retains jurisdiction to enforce the Settlement Agreement. This Stipulation and Order shall finally resolve the dispute between CFX and Defendants. The Clerk of the Court is directed to enter this Stipulation and Order into the record.

IT IS SO ORDERED.

New Orleans, Louisiana, this _____ of _____ 2023.

_____
UNITED STATES DISTRICT JUDGE